```
                      IN THE UNITED STATES DISTRICT COURT
                       FOR THE SOUTHERN DISTRICT OF OHIO
                                EASTERN DIVISION


Eric Henry,                          :

        Plaintiff,                   :

    v.                               :         Case No.  2:15-cv-2037

Commissioner of Social Security,             Magistrate Judge Kemp

        Defendant.                   :
```

ORDER

The parties have jointly moved to remand this case to the Commissioner pursuant to 42 U.S.C. §405(g), sentence four. The Court grants the motion (Doc. 22). Upon receipt of the Court's order, the Appeals Council will remand the matter to an administrative law judge for a new hearing and a new decision, and instruct an Administrative Law Judge to evaluate the post-decision evidenced exhibited as Exhibits 12F and 13F of the administrative record; reevaluate whether Plaintiff has an intellectual disability; reassess Plaintiff's residual functional capacity; and if warranted, obtain supplemental evidence from a vocational expert to clarify the effect of the reassessed limitations on Plaintiff's occupational base.

```
                                    /s/ Terence P. Kemp
                                    United States Magistrate Judge
```